JS-6

Robert C. Niesley, Esq., Bar No. 131373
rniesley@wthf.com
Rebecca S. Glos, Esq., Bar No. 210396
rglos@wthf.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff
SURETEC INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURETEC INSURANCE COMPANY, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WR LAYNE CONSTRUCTION AND ENGINEERING, et al.,<br><br>Defendants. | Case No. CV 10-03494-GAF (OPx)<br><br>[~~PROPOSED~~] JUDGMENT |

    WHEREAS, the parties to this action, plaintiff SureTec Insurance Company ("SureTec") and defendants W.R. Layne Construction and Engineering ("Layne Construction"), Roger E. Layne, and Ellen J. Layne (collectively, "Defendants") have filed with this Court a Stipulation for Judgment and Consent Decree; and

    WHEREAS, the Stipulation for Judgment and Consent Decree provides that Defendant Layne Construction has stipulated to judgment in favor of SureTec in the amount of One Hundred Thirty-Seven Thousand Two Hundred Seventy-Six Dollars And Twenty-Six Cents ($137,276.26); and

    WHEREAS, the Stipulation for Judgment and Consent Degree provides that Defendants Roger E. Layne and Ellen J. Layne, and each of them, have stipulated to judgment, against each of them, in favor of SureTec in the amount of Seventy-Five Thousand Dollars and No Cents ($75,000.00).

JUDGMENT

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED AS FOLLOWS:

1. Judgment shall be immediately entered in favor of SureTec and against Defendant Layne Construction in the amount of $137,276.26.

2. Judgment shall be immediately entered in favor of SureTec and against Roger E. Layne and Ellen J. Layne, and each of them, in the amount of $75,000.00.

3. SureTec may take all necessary and reasonable steps to perfect and enforce this Judgment against Defendant Layne Construction.

4. With respect to Roger E. Layne and Ellen J. Layne, SureTec may take all necessary and reasonable steps to perfect this Judgment, including, but not limited to, recording and filing an Abstract of Judgment. Nevertheless, SureTec agrees that any proceedings to enforce this Judgment against Defendants Roger E. Layne and Ellen J. Layne will be stayed for three (3) years beginning on the date the Judgment is signed by the Court.

5. This Court shall retain jurisdiction over this action to enforce the Stipulation for Judgment and Consent Decree and this Judgment.

IT IS SO ORDERED.

Dated: 9/16, 2011

*[Signature: Gary Feess]*

Honorable Gary Allen Feess
United States District Court Judge

IRVINE 167549.1A 102594.032

- 2 -    JUDGMENT