JS-6

1 Robert C. Niesley, Esq., Bar No. 131373
rniesley@wthf.com
2 Rebecca S. Glos, Esq., Bar No. 210396
rglos@wthf.com
3 WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
4 Irvine, California 92614
Telephone: 949-852-6700
5 Facsimile: 949-261-0771

6 Attorneys for Plaintiff
SURETEC INSURANCE COMPANY
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 SURETEC INSURANCE COMPANY, a Texas Corporation,<br>12<br>13 Plaintiff,<br>14 v.<br>15 WR LAYNE CONSTRUCTION AND ENGINEERING, et al.,<br>16 Defendants. | Case No. CV 10-03494-GAF (OPx)<br><br>[~~PROPOSED~~] JUDGMENT |

17    WHEREAS, the parties to this action, plaintiff SureTec Insurance Company
18 ("SureTec") and defendants W.R. Layne Construction and Engineering ("Layne
19 Construction"), Roger E. Layne, and Ellen J. Layne (collectively, "Defendants")
20 have filed with this Court a Stipulation for Judgment and Consent Decree; and

21    WHEREAS, the Stipulation for Judgment and Consent Decree provides that
22 Defendant Layne Construction has stipulated to judgment in favor of SureTec in the
23 amount of One Hundred Thirty-Seven Thousand Two Hundred Seventy-Six Dollars
24 And Twenty-Six Cents ($137,276.26); and

25    WHEREAS, the Stipulation for Judgment and Consent Degree provides that
26 Defendants Roger E. Layne and Ellen J. Layne, and each of them, have stipulated
27 to judgment, against each of them, in favor of SureTec in the amount of Seventy-
28 Five Thousand Dollars and No Cents ($75,000.00).

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

JUDGMENT

NOW, THEREFORE, IT IS ORDERED, ADJUDGED and DECREED AS FOLLOWS:

1. Judgment shall be immediately entered in favor of SureTec and against Defendant Layne Construction in the amount of $137,276.26.

2. Judgment shall be immediately entered in favor of SureTec and against Roger E. Layne and Ellen J. Layne, and each of them, in the amount of $75,000.00.

3. SureTec may take all necessary and reasonable steps to perfect and enforce this Judgment against Defendant Layne Construction.

4. With respect to Roger E. Layne and Ellen J. Layne, SureTec may take all necessary and reasonable steps to perfect this Judgment, including, but not limited to, recording and filing an Abstract of Judgment.  Nevertheless, SureTec agrees that any proceedings to enforce this Judgment against Defendants Roger E. Layne and Ellen J. Layne will be stayed for three (3) years beginning on the date the Judgment is signed by the Court.

5. This Court shall retain jurisdiction over this action to enforce the Stipulation for Judgment and Consent Decree and this Judgment.

IT IS SO ORDERED.

Dated: 9/16, 2011

*Gary Feess*

Honorable Gary Allen Feess
United States District Court Judge

IRVINE 167549.1A 102594.032

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

- 2 -                                                          JUDGMENT